UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :
        v.                        :      Criminal N° 3:02cr341 (EBB)
                                  :
SHORELINE MOTORS CORPORATION,     :
et. al.,                          :
                                  :
            Defendants.           :      November 4, 2004
------------------------------------------------------x

### DEFENDANT PEREZ-TORRES' WAIVER OF APPEARANCE AND WRITTEN ENTRY OF PLEA

The undersigned, on behalf of the defendant Dariel Perez-Torres, hereby waives his right to appear and be presented when he is arraigned on the Third Superseding Indictment at 2:30 p.m. on Friday, November 5, 2004.

The defendant has also received a copy of the Third Superseding Indictment and wishes to enter a plea of not guilty to Counts 1, 8, 9, and 16, the counts in which he is charged.

                                   **DARIEL PEREZ-TORRES**
                                   **THE DEFENDANT**

                           By: _____
                                   Ethan Levin-Epstein
                                   *Federal Bar No.ct01566*
                                   GARRISON, LEVIN-EPSTEIN, CHIMES
                                        & RICHARDSON, P.C.
                                   405 Orange Street
                                   New Haven, Connecticut 06511
                                   (203) 777-4425 (telephone)
                                   (203) 776-3965 (facsimile)
                                   E-mail: elevin-epstein@garrisonlaw.com

                           By: _____
                                   Dariel Perez-Torres
                                   Defendant

## CERTIFICATION

This is to certify that a true copy of the within and foregoing Defendant Perez-Torres' Waiver of Appearance and Written Entry of Plea was hand-delivered and mailed, as indicated below, this 5th day of November, 2004, by First Class mail, postage prepaid, to the following attorneys of record:

Jonathan Biran, Esq.
Assistant United States Attorney
United States Attorney's Office
District of Connecticut
157 Church Street (23rd Floor)
P.O. Box 1824
New Haven, CT 06508
*Attorney for the United States of America*
(Hand Delivered)

Edmund Q. Collier, Esq.
Dey, Smith & Collier, LLC
771 Boston Post Road
Milford, CT 06460-2642
*Attorney for Shoreline Motors Corporation*

Jeffrey Olgin, Esq.
74 Rose Hill Road
Branford, CT 06405-4028
*Attorney for Defendant Angel Hernandez*

Alan J. Sobol, Esq.
O'Connell, Flaherty & Attmore, LLC
280 Trumbull Street
Hartford, CT 06103-3598
*Attorney for Defendant Bruce Vetre*

David J. Wenc, Esq.
Wenc Law Offices
44 Main Street
P.O. Box 306
Windsor Locks, CT 06096-0306
*Attorney for Defendant James Clanton*

Richard S. Cramer, Esq.
449 Silas Deane Highway
Wethersfield, CT 06109-2120
*Attorney for Defendant David Brown*

John J. Kelly, Esq.
Cantor, Floman, Gross, Kelly, Amendola & Sacramone, P.C.
378 Boston Post Road
P.O. Drawer 966
Orange, CT 06477-0966
*Attorney for Defendant José Concepcion*

Michael S. Hillis, Esq.
Dombrowski, Knapsack & Hillis, LLC
205 Whitney Avenue
New Haven, CT 06511-3780
*Attorney for Defendant Richard Brown*

Jonathan J. Einhorn, Esq.
412 Orange Street
New Haven, CT 06511-6400
*Attorney for Defendant Nelson Datil*

Salvatore C. DePiano, Esq.
Edward F. Czepiga, II, Esq.
DePiano, Gentile, Czepiga & Soares, P.C.
56 Lyon Terrace
Bridgeport, CT 06604-4022
*Attorney for Defendant Richard Dominguez*

_____
Ethan Levin-Epstein