UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------------------------x
UNITED STATES OF AMERICA         :
                                 :
           v.                    :   Criminal Nº 3:02cr341 (EBB)
                                 :
SHORELINE MOTORS CORPORATION,    :
et. al.                          :
                                 :
                 Defendants.     :   November 4, 2004
-------------------------------------------------x
```

## DEFENDANT PEREZ-TORRES' THIRD WAIVER OF SPEEDY TRIAL

Defendant Dariel Perez-Torres, by his court-appointed attorney, Ethan Levin-Epstein, hereby waives those rights afforded to him by the Speedy Trial Act of 1974, 18 U.S.C.§ 3161(h)(8)(A) and the Local Speedy Trial Plan for the District fo Connecticut, and requests that the period from September 14, 2004 to, and including, January 11, 2005, be excluded from the speedy trial calculations to permit him to review discovery, investigate various matters, and file pretrial motions.

In support of the instant waiver, the defendant states:

1.   He is represented by and has consulted with his court-appointed counsel, Ethan Levin-Epstein, Esq., concerning this waiver.

2.   He understands that by executing this waiver, he will be giving up the right to have the waived period of time included in the calculation of when his right to a speedy trial accrues.

3.   He understands that by executing this waiver, he is partially waiving certain rights that he has under the Speedy Trial Act of 1974 and the Local Speedy Trial Plan for the District of Connecticut.



4. He requests that the Court find that the requested continuance is in the best interest of the defendant and outweighs his interest and the public's interest in a speedy trial, and the court will find that period of delay from September 14, 2004, through January 11, 2005, should be excluded.

_____    11-4-04
Dariel Perez-Torres                          Date

_____    11/4/04
Ethan Levin-Epstein, Esq                     Date
Garrison, Levin-Epstein, Chimes
 & Richardson, P.C.
405 Orange Street
New Haven, CT 06511
**Appointed Counsel for Defendant**

- 2 -

## CERTIFICATION

This is to certify that a true copy of the within and foregoing Defendant Perez-Torres' Third Waiver of Speedy Trial was hand-delivered and mailed, as indicated below, this 5th day of November, 2004, by First Class mail, postage prepaid, to the following attorneys of record:

Jonathan Biran, Esq.
Assistant United States Attorney
United States Attorney's Office
District of Connecticut
157 Church Street (23rd Floor)
P.O. Box 1824
New Haven, CT 06508
*Attorney for the United States of America*
(Hand Delivered)

Edmund Q. Collier, Esq.
Dey, Smith & Collier, LLC
771 Boston Post Road
Milford, CT 06460-2642
*Attorney for Shoreline Motors Corporation*

Jeffrey Olgin, Esq.
74 Rose Hill Road
Branford, CT 06405-4028
*Attorney for Defendant Angel Hernandez*

Alan J. Sobol, Esq.
O'Connell, Flaherty & Attmore, LLC
280 Trumbull Street
Hartford, CT 06103-3598
*Attorney for Defendant Bruce Vetre*

David J. Wenc, Esq.
Wenc Law Offices
44 Main Street
P.O. Box 306
Windsor Locks, CT 06096-0306
*Attorney for Defendant James Clanton*

Richard S. Cramer, Esq.
449 Silas Deane Highway
Wethersfield, CT 06109-2120
*Attorney for Defendant David Brown*

John J. Kelly, Esq.
Cantor, Floman, Gross, Kelly, Amendola & Sacramone, P.C.
378 Boston Post Road
P.O. Drawer 966
Orange, CT 06477-0966
*Attorney for Defendant José Concepcion*

Michael S. Hillis, Esq.
Dombrowski, Knapsack & Hillis, LLC
205 Whitney Avenue
New Haven, CT 06511-3780
*Attorney for Defendant Richard Brown*

Jonathan J. Einhorn, Esq.
412 Orange Street
New Haven, CT 06511-6400
*Attorney for Defendant Nelson Datil*

Salvatore C. DePiano, Esq.
Edward F. Czepiga, II, Esq.
DePiano, Gentile, Czepiga & Soares, P.C.
56 Lyon Terrace
Bridgeport, CT 06604-4022
*Attorney for Defendant Richard Dominguez*

_____
Ethan Levin-Epstein