UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

USA

V.                                Case Number: 3:02cr341(EBB)

Dariel Perez-Torres

**ORDER re: Doc. #325**

It is appearing that the requested continuance is in the best interest of the defendant, and outweighs the public interest in a speedy trial, the court finds that the period of delay from May 26, 2003 to January 11, 2005 is hereby excluded pursuant to Title 18, USC, Section 3161(h)(8).

Dated at New Haven, Connecticut, November 12, 2004.


        SO ORDERED

        _____
        ELLEN BREE BURNS, SENIOR U.S.D.J.