UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------x
UNITED STATES OF AMERICA       :
                               :
v.                             :   Criminal Nº 3:02cr341 (EBB)
                               :
DARIEL PEREZ-TORRES,           :
                               :
        Defendant.             :   APRIL 18, 2005
---------------------------------------------------------x

### DEFENDANT PEREZ-TORRES' SECOND MOTION
### FOR EXTENSION OF TIME FOR SENTENCING

Defendant Dariel Perez-Torres, by his attorney, Ethan Levin-Epstein, pursuant to Local Rule of Civil Procedure 7(b)(2), as applied to criminal cases by Local Rule of Criminal Procedure 1(c), respectfully moves this Court for a ninety (90) day continuance of the defendant's sentencing from the current date of June 17, 2005 to September 15, 2005, or whatever date at or about that time is convenient to the Court, the United States and counsel.

In support of the instant motion movant states:

1.  Defendant's change of plea was accepted by this Court on March 16, 2005. At that time, the Court set June 17, 2005 as the date for sentencing. As part of the terms of the change of plea, the defendant agreed to cooperate with the United States in its ongoing prosecution of the defendants remaining in the case.

2.  The trial of the balance of the case is currently scheduled to begin on August 9, 2005. Although it is anticipated that movant will be called as a Government witness in that trial, it is not known at this time whether the trial will proceed as scheduled or when, during the course of the trial, the defendant might be called as a witness.

3.	Therefore, in order to facilitate the Court's calendar and to provide the defendant with the optimum opportunity to fulfill his obligations pursuant to the cooperation agreement, movant respectfully requests that this Court adjourn the date for sentencing as indicated.

4.	Defendant understands that any period of continuance will be considered an excludable period under the Speedy Trial Act.

5.	This is Defendant Perez-Torres' second application for the requested relief.

6.	Pursuant to Local Rule of Civil Procedure 7(b)(3)(1), the undersigned has inquired of opposing counsel and there is agreement to the instant motion.

WHEREFORE, defendant Perez-Torres respectfully requests that this Court grant the instant motion and continue the date for sentencing to September 15, 2005, or whatever date at or about that time is convenient to the Court, the United States and counsel.

>Respectfully submitted,
>
>DARIEL PEREZ-TORRES
>THE DEFENDANT
>
>By: _____
>Ethan Levin-Epstein (Federal Bar Nº ct01566)
>Garrison, Levin-Epstein, Chimes & Richardson, P.C.
>405 Orange Street
>New Haven, Connecticut 06511
>Tel.   (203) 777-4425
>Fax   (203) 776-3965
>E-mail: elevin-epstein@garrisonlaw.com

## CERTIFICATION

This is to certify that a true copy of the within and foregoing Defendant Perez-Torres's Second Motion for Extension of Time for Sentencing was mailed this 18th day of April, 2005, by First Class mail, postage prepaid, to the following attorneys of record and interested party:

Jonathan Biran, Esq.
Michael S. McGarry, Esq.
Assistant United States Attorneys
United States Attorney's Office
District of Connecticut
157 Church Street (23rd Floor)
P.O. Box 1824
New Haven, CT 06508

Attorneys for the United States


Mr. Otto Rothi
United States Probation Officer
United States Department of Probation
U.S. Courthouse – Room 735
450 Main Street
Hartford, CT 06103

_____
Ethan Levin-Epstein