UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :
        v.                        :   Criminal № 3:02cr341 (EBB)
                                  :
DARIEL PEREZ-TORRES,              :
                                  :
        Defendant.                :   APRIL 18, 2005
------------------------------------------------------x

## DEFENDANT PEREZ-TORRES' SECOND MOTION
## FOR EXTENSION OF TIME FOR SENTENCING

Defendant Dariel Perez-Torres, by his attorney, Ethan Levin-Epstein, pursuant to Local Rule of Civil Procedure 7(b)(2), as applied to criminal cases by Local Rule of Criminal Procedure 1(a), respectfully moves this Court for a ninety (90) day continuance of the defendant's sentencing from the current date of June 17, 2005 to September 15, 2005, or whatever date at or about that time is convenient to the Court, the United States and counsel.

In support of the instant motion movant states:

1.    Defendant's change of plea was accepted by this Court on March 16, 2005. At that time, the Court set June 17, 2005 as the date for sentencing. As part of the terms of the change of plea, the defendant agreed to cooperate with the United States in its ongoing prosecution of the defendants remaining in the case.

2.    The trial of the balance of the case is currently scheduled to begin on August 9, 2005. Although it is anticipated that movant will be called as a Government witness in that trial, it is not known at this time whether the trial will proceed as scheduled or when, during the course of the trial, the defendant might be called as a witness.