UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

USA

V.                                Case Number:  3:02cr341(EBB)

Dariel Perez-Torres

**ORDER re: Doc. #476**

It is appearing that the requested continuance is in the best interest of the defendant, and outweighs the public interest in a speedy trial, the court finds that the period of delay from September 15, 2005 to September 30, 2005 is hereby excluded pursuant to Title 18, USC, Section 3161(h)(8).

Dated at New Haven, Connecticut, June 20, 2005.


SO ORDERED

_____
ELLEN BREE BURNS, SENIOR U.S.D.J.