UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------------------------------x
UNITED STATES OF AMERICA            :
                                    :
            v.                      :       Criminal № 3:02CR341 (EBB)
                                    :
DARIEL PEREZ-TORRES,                :
                                    :
            Defendant.              :       SEPTEMBER 29, 2005
-------------------------------------------------------x
```

**DEFENDANT PEREZ-TORRES' FOURTH MOTION
FOR EXTENSION OF TIME FOR SENTENCING**

  Defendant Dariel Perez-Torres, by his attorney, Ethan Levin-Epstein, pursuant to Local Rule of Civil Procedure 7(b)(2), as applied to criminal cases by Local Rule of Criminal Procedure 1(c), respectfully moves this Court for a continuance of the defendant's sentencing from the current date of September 30, 2005, to January 20, 2006, or whatever date at or about that time is convenient to the Court, the United States and counsel.

  In support of the instant motion movant states:

  1. Defendant's change of plea was accepted by this Court on March 16, 2005. At that time, the Court set June 17, 2005 as the date for sentencing. As part of the terms of the change of plea, the defendant agreed to cooperate with the United States in its ongoing prosecution of the defendants remaining in the case. The date for sentencing has been extended three times in order to permit that cooperation.

  2. Although the trial of the balance of the case has been completed, and ended in the conviction of the defendants who were tried, no defendants have been sentenced as of this date. As a

consequence, it has not been possible for the presentence investigation report to be completed as it pertains to movant.

3. Therefore, movant respectfully requests that this Court adjourn the date for sentencing as indicated.

4. Defendant understands that any period of continuance will be considered an excludable period under the Speedy Trial Act.

5. This is Defendant Perez-Torres' fourth application for the requested relief.

6. Pursuant to Local Rule of Civil Procedure 7(b)(3)(1), the undersigned has conferred with Assistant United States Attorney Jonathan Biran, who agrees with and supports the instant motion.

WHEREFORE, defendant Perez-Torres respectfully requests that this Court grant the instant motion and continue the date for sentencing to January 20, 2006, or whatever date at or about that time is convenient to the Court, the United States and counsel.

Respectfully submitted,

DARIEL PEREZ-TORRES
THE DEFENDANT

By: /s/ *Ethan Levin-Epstein*
Ethan Levin-Epstein (Federal Bar Nº ct01566)
Garrison, Levin-Epstein, Chimes & Richardson, P.C.
405 Orange Street
New Haven, Connecticut 06511
Tel. (203) 777-4425
Fax (203) 776-3965
E-mail: *elevin-epstein@garrisonlaw.com*

**CERTIFICATION**

This is to certify that a true copy of the within and foregoing Defendant Perez-Torres's Fourth Motion for Extension of Time for Sentencing was mailed this 29th day of September, 2005, by First Class mail, postage prepaid, to the following attorneys of record and interested party:

Jonathan Biran, Esq.
Michael S. McGarry, Esq.
Assistant United States Attorneys
United States Attorney's Office
District of Connecticut
157 Church Street (23rd Floor)
P.O. Box 1824
New Haven, CT 06508

Attorneys for the United States


Mr. Otto Rothi
United States Probation Officer
United States Department of Probation
U.S. Courthouse – Room 735
450 Main Street
Hartford, CT 06103

　　　　　　　　　　　　　　　　　　　　　/s/   *Ethan Levin-Epstein*
　　　　　　　　　　　　　　　　　　　　　　　　Ethan Levin-Epstein