UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :
        v.                        :     Criminal № 3:02CR341 (EBB)
                                  :
DARIEL PEREZ-TORRES,              :
                                  :
        Defendant.                :     JANUARY 10, 2006
-------------------------------------------------------x
```

**DEFENDANT PEREZ-TORRES' FIFTH MOTION
FOR EXTENSION OF TIME FOR SENTENCING**

Defendant Dariel Perez-Torres, by his attorney, Ethan Levin-Epstein, pursuant to Local Rule of Civil Procedure 7(b)(2), as applied to criminal cases by Local Rule of Criminal Procedure 1(c), respectfully moves this Court for a continuance of the defendant's sentencing from the current date of January 20, 2006 to March 21, 2006, or whatever date at or about that time is convenient to the Court, the United States and counsel.

In support of the instant motion movant states:

1.     Defendant's change of plea was accepted by this Court on March 16, 2005. At that time, the Court set June 17, 2005 as the date for sentencing. As part of the terms of the change of plea, the defendant agreed to cooperate with the United States in its ongoing prosecution of the defendants remaining in the case. The date for sentencing has been extended four times in order to permit that cooperation to be provided.

2.     Although the trial of the balance of the case has been completed, and ended in the conviction of the defendants who were tried, because of developments at the trial, the government has not yet been able to submit a "government's version" of the offense as it pertains to the movant to the

Department of Probation for inclusion in the Presentence Report.  As a consequence, it has not been possible for the Presentence Report to be completed as it pertains to movant.

3. Therefore, movant respectfully requests that this Court adjourn the date for sentencing as indicated.

4. Defendant understands that any period of continuance will be considered an excludable period under the Speedy Trial Act.

5. This is Defendant Perez-Torres' fifth application for the requested relief.

6. Pursuant to Local Rule of Civil Procedure 7(b)(3)(1), the undersigned has conferred with Assistant United States Attorney Jonathan Biran, who agrees with and supports the instant motion.

WHEREFORE, defendant Perez-Torres respectfully requests that this Court grant the instant motion and continue the date for sentencing to March 21, 2006, or whatever date at or about that time is convenient to the Court, the United States and counsel.

> RESPECTFULLY SUBMITTED,
>
> DARIEL PEREZ-TORRES
> THE DEFENDANT
>
> By: /s/ *Ethan Levin-Epstein*
> Ethan Levin-Epstein (Federal Bar Nº ct01566)
> Garrison, Levin-Epstein, Chimes & Richardson, P.C.
> 405 Orange Street
> New Haven, Connecticut 06511
> Tel.   (203) 777-4425
> Fax   (203) 776-3965
> E-mail: elevin-epstein@garrisonlaw.com

## CERTIFICATION

This is to certify that a true copy of the within and foregoing Defendant Perez-Torres's Fifth Motion for Extension of Time for Sentencing was mailed this 10th day of January, 2006, by First Class mail, postage prepaid, to the following attorneys of record and interested party:

Jonathan Biran, Esq.
Michael S. McGarry, Esq.
Assistant United States Attorneys
United States Attorney's Office
District of Connecticut
157 Church Street (23rd Floor)
P.O. Box 1824
New Haven, CT 06508

Attorneys for the United States


Mr. Otto Rothi
United States Probation Officer
United States Department of Probation
U.S. Courthouse – Room 735
450 Main Street
Hartford, CT 06103

                                                /s/ *Ethan Levin-Epstein*
                                                Ethan Levin-Epstein