UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :
            v.                    :        Criminal № 3:02cr341 (EBB)
                                  :
SHORELINE MOTORS CORPORATION,     :
et. al.                           :
                                  :
                  Defendants.     :        March 21, 2006
------------------------------------------------------x
```

## DEFENDANT PEREZ-TORRES' FIFTH WAIVER OF SPEEDY TRIAL

Defendant Dariel Perez-Torres, by his court-appointed attorney, Ethan Levin-Epstein, hereby waives those rights afforded to him by the Speedy Trial Act of 1974, 18 U.S.C.§ 3161(h)(8)(A) and the Local Speedy Trial Plan for the District fo Connecticut, and requests that the period from March 21, 2006 to, and including, June 30, 2006, be excluded from the speedy trial calculations to permit him to complete his cooperation pursuant to his agreement with the Government.

In support of the instant waiver, the defendant states:

1.      He is represented by and has consulted with his court-appointed counsel, Ethan Levin-Epstein, Esq., concerning this waiver.

2.      He understands that by executing this waiver, he will be giving up the right to have the waived period of time included in the calculation of when his right to a speedy trial accrues.

3.      He understands that by executing this waiver, he is partially waiving certain rights that he has under the Speedy Trial Act of 1974 and the Local Speedy Trial Plan for the District of Connecticut.

4.      He requests that the Court find that the requested continuance is in the best
interest of the defendant and outweighs his interest and the public's interest in a speedy trial, and
the court will find that period of delay from March 21, 2006, through June 30, 2006, should be
excluded.


_____        3-21-06
Dariel Perez-Torres                                    Date


_____        3/21/06
Ethan Levin-Epstein, Esq                             Date
Garrison, Levin-Epstein, Chimes
     & Richardson, P.C.
405 Orange Street
New Haven, CT  06511
**Appointed Counsel for Defendant**

## CERTIFICATION

This is to certify that a true copy of the within and foregoing Defendant Perez-Torres' Fifth Waiver of Speedy Trial was mailed this 21st day of March, 2006, by First Class mail, postage prepaid, to the following attorneys of record:

Michael S. McGarry, Esq.
Assistant United States Attorneys
United States Attorney's Office
District of Connecticut
157 Church Street (23rd Floor)
P.O. Box 1824
New Haven, CT 06508

Attorneys for the United States

Mr. Otto Rothi
United States Probation Officer
United States Department of Probation
U.S. Courthouse – Room 735
450 Main Street
Hartford, CT 06103

_____
Ethan Levin-Epstein

- 3 -