UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

United States District Court
District of Connecticut
FILED AT          NEW HAVEN

6/28 20 06

Kevin F. Rowe, Clerk

By M. Ruocco
          Deputy Clerk

UNITED STATES OF AMERICA          :
                                  :
v.                                : CRIMINAL NO. 3:02CR341(EBB)
                                  :
DARIEL PEREZ TORRES               : June 28, 2006

## MOTION TO DISMISS

On March 16, 2005, DARIEL PEREZ TORRES entered a plea of guilty to a one count substitute information. Accordingly, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney for the District of Connecticut respectfully moves for the dismissal of the superseding indictment dated February 26, 2003; second superseding indictment dated January 22, 2004; and third superseding indictment dated October 19, 2004, in this matter.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

MICHAEL S. McGARRY
ASSISTANT UNITED STATES ATTORNEY
U.S. Attorney's Office
157 Church Street, 23rd Floor
New Haven, CT 06510
TEL. (203) 821-3700
Federal Bar No. ct25713

Upon consideration of the Government's Motion to Dismiss the superseding indictment, second superseding indictment and third superseding indictment in United States v. Dariel Perez Torres, Crim. No. 3:02CR341(EBB), that motion is hereby GRANTED.

ELLEN BREE BURNS
SENIOR U.S. DISTRICT JUDGE
Dated: June 28, 2006
       New Haven, Connecticut

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2006, a copy of foregoing Motion to Dismiss was served by hand on the following:

>Ethan Levin-Epstein, Esq.
>Garrison, Levin-Epstein, Chimes & Richardson, P.C.
>405 Orange Street
>New Haven, CT 06511

>MICHAEL S. McGARRY
>ASSISTANT UNITED STATES ATTORNEY