UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NUMBER: 3:02CR341 (EBB) |
| | : | |
| v. | : | |
| | : | |
| ANGEL HERNANDEZ, et al. | : | February 2, 2007 |

**MOTION FOR EXTENSION OF TIME
TO FILE A MEMORANDUM
REGARDING THE LOSS AMOUNTS**

The United States of America, by and through the undersigned Assistant U.S. Attorney, respectfully requests an extension of time of 5 days until February 7, 2007, to file its memorandum regarding the loss amounts in the above-captioned matter. This is the Government's first request for an extension. In support of this motion, the Government states the following:

1.	On September 19, 2006, a hearing was held regarding the restitution loss in the case.

2.	On January 18, 2007, the Court issued an order requesting that the defendants and the government file briefs regarding the loss amount and restitution.

3.	The undersigned counsel represents that he will not read the briefings filed by the defendants in this case until after filing its submission.

**ORAL ARGUMENT NOT REQUESTED**

4.  Attorney for the government has attempted to contact all counsel, counsel for defendant Richard Brown does not object; counsel for David Brown takes no position; messages were left for counsel for Mr. Hernandez and Mr. Datil.

5.  Parties request that the date for the reply brief be extended 5-days until February 21, 2007.

Accordingly, the Government respectfully requests that the Court grant an extension of time for filing of its memorandum regarding restitution loss amounts until February 7, 2007.

    Respectfully submitted,

    KEVIN J. O'CONNOR
    UNITED STATES ATTORNEY


By:   CHRISTOPHER W. SCHMEISSER
    ASSISTANT UNITED STATES ATTORNEY
    Federal Bar No.: ct14806


For:   MICHAEL S. McGARRY
    ASSISTANT UNITED STATES ATTORNEY
    Federal Bar No. ct25713
    157 CHURCH STREET
    NEW HAVEN, CONNECTICUT 06510
    (203) 821-3700
    Email: michael.mcgarry@usdoj.gov

**CERTIFICATE OF SERVICE**

    This is to certify that on February 2, 2007, a copy of the foregoing was served by U.S. Mail on the following persons:

Robert C. Mirto, Esq.  
Mirto, Ketaineck, Barrett & DiCrosta  
P.O. Box 428  
West Haven, CT 06516  
(counsel for David Brown)

Kurt F. Zimmermann, Esq.  
Silverstein and Osach, P.C.  
234 Church Street, Suite 903  
New Haven, CT 06510  
(counsel for Angel Hernandez)

Michael S. Hillis, Esq.  
Dombroski Knapsack & Hillis LLC  
129 Whitney Avenue  
New Haven, CT 06511  
(counsel for Richard Brown)

Jonathan J. Einhorn, Esq.  
412 Orange Street  
New Haven, CT 06511  
(counsel for Nelson Datil)

By: _____  
    CHRISTOPHER W. SCHMEISSER  
    ASSISTANT U.S. ATTORNEY

For:    MICHAEL S. McGARRY  
        ASSISTANT UNITED STATES ATTORNEY